IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. LESLIE COLEMAN, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. SA-12-CA-459-FB |
| § KAPLAN, INC.; THE WASHINGTON POST § COMPANY; KAPLAN HIGHER EDUCATION § CORPORATION; KAPLAN COLLEGE - SAN § ANTONIO (SAN PEDRO), and KAPLAN § COLLEGE - SAN ANTONIO (INGRAM), § § | |
| Defendants. § | |

**ORDER REINSTATING CASE ON DOCKET, NOTICE OF INTERVENTION, UNSEALING OF CERTAIN PLEADINGS AND DISMISSAL WITH PREJUDICE**

On October 22, 2013, this Court entered an Order of Administrative Closure in this case to allow the United States time to complete its review of the settlement proposal and continue settlement negotiations without the need to seek additional extensions of time concerning its decision on intervention (docket #13). On December 17, 2014, the United States' Notice of Intervention for the Purpose of Settlement and Dismissal was filed along with a Notice of Settlement and a Joint Motion to Dismiss with Prejudice (docket numbers 14, 15 and 16). In its Notice of Intervention, the United States gives notice under 31 U.S.C. § 3730(b)(2) and (4) of its election to intervene in this *qui tam* action for purpose of settlement and dismissal. Therefore, the Court finds the case should be reopened at this time.

Accordingly, IT IS HEREBY ORDERED that the case is hereby reopened and reinstated on the Court's docket. IT IS FURTHER ORDERED that the Joint Motion to Dismiss filed by the plaintiff United States of America and relator Leslie Coleman (docket #16) is GRANTED such that this case is DISMISSED WITH PREJUDICE pursuant to rule 41(a)(2) of the Federal Rules of Civil Procedure based on and subject to the terms of the Settlement Agreement dated December 12, 2014, among the United States, the relator Leslie Coleman, and the defendants, Kaplan, Inc., the Washington Post Company,

Kaplan Higher Education Corporation, Kaplan College - San Antonio (San Pedro) and Kaplan College - San Antonio (Ingram). IT IS FURTHER ORDERED that the Complaint (docket #1), the United States Notice of Intervention for the Purpose of Settlement and Dismissal (docket #14), the Notice of Settlement (docket #15), the Joint Motion to Dismiss With Prejudice (docket #16), and this Order shall be unsealed. ALL OTHER FILINGS filed PRIOR to the date of this order SHALL REMAIN UNDER SEAL. IT IS FURTHER ORDERED that the seal is lifted as to any and all documents that may be filed and/or orders that may be entered in this case AFTER the date of this order. IT IS FURTHER ORDERED that this case is now CLOSED.

It is so ORDERED.

SIGNED this 23rd day of December, 2014.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE