IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* LESLIE COLEMAN, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-12-CA-459-FB |
| KAPLAN, INC.; THE WASHINGTON POST COMPANY; KAPLAN HIGHER EDUCATION CORPORATION; KAPLAN COLLEGE - SAN ANTONIO (SAN PEDRO), and KAPLAN COLLEGE - SAN ANTONIO (INGRAM), | § § § § § § § | |
| Defendants. | § § | |

## J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Joint Motion to Dismiss with Prejudice filed December 17, 2014 (docket #16), and the Order Reinstating Case on Docket, Notice of Intervention, Unsealing of Certain Pleadings and Dismissal with Prejudice filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that this case is DISMISSED WITH PREJUDICE pursuant to 31 U.S.C. 3730(b)(1) and Rule 41(a)(2) of the Federal Rules of Civil Procedure based on and subject to the terms of the parties' Settlement Agreement dated December 12, 2014.

IT IS FURTHER ORDERED that motions pending, if any, are DISMISSED, and this case is now CLOSED. This Judgment shall not be sealed.

It is so ORDERED.

SIGNED this 23rd day of December, 2014.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE